UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NOV 24 2023 PM 1:11
FILED - USDC - FLMD - TPA

MARC C. TUCKER,
ID:# 2314155 B/M
Plaintiff.

Verses

POLK COUNTY SHERIFF'S
DEP'T., DEP'T OF DETENTION,
et.al; FL.
Defendants.

CASE NUMBER: 8:23-cv-2694-MSS-TGW
TO BE SUPPLIED
BY THE CLERK.

28 U.S.C. § 1915
42 U.S.C. § 1983

## CIVIL RIGHTS COMPLAINT

Plaintiff, a pretrial detainee, housed in the Polk County jail, south County jail files this Civil Rights Complaint in occurdance with 42 U.S.C. § 1983.

On October 5, 2021 at around 4:00 P.M., Plaintiff had an argument with ofc. Ford in Building 1, A-dorm at the South County jail which led to an act of excessive force by ofc. Ford, ofc. Talbalt and ofc. Vangue.

### EXCESSIVE FORCE

Excessive force claims must be examined under the standard applicable

COPY

\* 28 U.S.C. § 1915(h)          \* Page 2

to the specific constitutional right allegedly violated, which in most instances will be the Fourth or Eighth Amendments, the main sources of individual protection under the Constitution against physically abusive official conduct. See: Graham v. Connor, 490 U.S. at 393-94, 109 S.Ct. at 1870-71.

The incident occured on October 5, 2021 at the South County Jail, Polk County Jail in A-Dorm, Building 1 at around 4:00 P.M., when Ofc. Ford, Ofc. Talbatt and Ofc. Vangue sprayed the plaintiff with pepper spray while in the cell. This action came behind an ■ argument between the plaintiff and Ofc. Ford. After the mentioned defendants sprayed plaintiff with pepper spray, they cuffed plaintiff through the food flap on the cell door and brough plaintiff out of the cell and attacked plaintiff. The defendants bruttaly beat plaintiff with his hands cuffed behind his back causing the plaintiff to be taking to the hospital. Plaintiff has records of being in the hospital following the beating by the

Copy

\*<u>CRUZ V. BETO</u>, 405 <u>U.S.</u> 319, 322 (1972).

defendant<u>s</u>.

<u>Plaintiff</u> suffers from a mental illness and takes phyc., medication. Please see medical/mental health records at the jail.

<u>Plaintiff</u> suffered injuries from the beating and still has bad dreams about the incident.

\* <u>plaintiff</u>'s relief requested for damages entered against the defendants are (50) Fifty Thousand dollars from each defendant.\* <u>Vidio recorders are in use.</u>\*

The defendant<u>s</u> are in direct violation of <u>Plaintiff</u>'s 8th Amendment right, <u>U.S. Constitution.</u>\* <u>CRUEL AND UNUSUAL PUNISHMENT.</u> \* <u>FACE OF THE RECORD</u>!

\*\* <u>Vidio recorders are in use.</u> \*\*

Plaintiff request Leave of Court to proceed informa pauperis as in occordance with <u>28 U.S.C. § 1915.</u>\* <u>No Funds.</u> ★

\*<u>Date:</u> November 17, 2023

X  M. Tucker   Marc caseaf Tucker
X  Marc. Caseaf Tucker ID:#2314155  B/M
    Polk County Jail, 2390 Bob Phillips Rd.
    Bartow, Florida. 33830
    <u>Chief:</u> Lester, <u>Chief:</u> Allen                 <u>Copy</u>

\* <u>CRUZ V. BETO</u>, 405 <u>U.S.</u> 319, 322 (1972).